

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **CORNERSTONE CAPITAL STRATEGIES, LLC** | ) | |
| **ADAMS INVESTMENTS, LLC** | ) | |
| Plaintiffs | | |
| | ) | Case No. TBD |
| V. | | |
| **WHITE MOUNTAIN ORGANIC GROWERS' ASSN** | ) | |
| **CATHERINE E. BROWN** | ) | |
| **SUZANNE M. BROWN** | ) | |
| Defendants | ) | |

## MOTION FOR ECF ELECTRONIC FILING

Pro se Defendants Catherine and Suzanne Brown (and including, if applicable, the nominal/dissolved White Mountain Organic Growers' Assn., LLC) respectfully request that this honorable Court, in the interest of equity and justice grant electronic filing (ECF) privileges.

1

Defendants live three hours from the Courthouse; United States Postal delivery can take up to three days, which would render Defendants prejudiced by lack of ability to respond timely in this matter without ECF filing ability.

Plaintiffs maintain in writing a standing objection to any/all Defendant motions.

Date: September 29, 2025                     Respectfully Submitted,

/s/ Catherine Brown
/s/ Suzanne Brown
White Mountain Organic Growers' Assn , LLC
(nominal/dissolved)
114 Lake Umbagog
P.O. Box 253
Errol, NH 03579
(603) 828-4860
greatnorthwoodsfarm@gmail.com

### Certificate of Service

We hereby certify that on this day of September 29, 2025,, a copy of the above motion was served on Plaintiffs' counsel Carolyn Cole via First Class United States Postal Mail.

/s/ Catherine Brown
Catherine Brown
/s/ Suzanne Brown
Suzanne Brown

2