IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Cornerstone Capital Strategies, LLC and Adams Investments, LLC,<br><br>               Plaintiffs<br><br>      v.<br><br>White Mountain Organic Growers' Association, LLC<br><br>             &<br><br>Catherine Elizabeth Brown, Suzanne Brown<br><br>             Defendants. | Civil Action No. 1:25-cv-375-LM-TSM<br><br>**RULE 7 DIVERSITY DISCLOSURE STATEMENT OF CORNERSTONE CAPITAL STRATEGIES, LLC** |

Pursuant to Federal Rule of Civil Procedure 7, **Cornerstone Capital Strategies, LLC** makes the following disclosures:

1. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

   [ X] Yes [ ] No

   If "No," sign and submit the form. If "Yes," respond to the following:

   **a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, submembers, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):[1]**

---

[1] Sub-members include the members of members (*i.e.*, first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (*i.e.*, third-tier sub-members), and so on, until the disclosing party has identified the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

**RESPONSE**:

Plaintiff Cornerstone Capital Strategies, LLC is a Rhode Island limited liability company with a principal place of business located 920 East Shore Road, Jamestown, Rhode Island 02835. The sole member of Cornerstone Capital Strategies, LLC is Louis Bachetti, who is a citizen of the state of Rhode Island.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

                                                        Cornerstone Capital Strategies, LLC

                                                        COLEMYERS, PLLC

Date: October 1, 2025                  By:   /s/ Carolyn K. Cole
                                                               Carolyn K. Cole, NH Bar No. 14549
                                                               18 Bank Street
                                                               Lebanon, New Hampshire 03766
                                                              Telephone (603) 448-6300
                                                              ccole@colemyers.law

                                                              *Attorneys for Plaintiffs*