IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Cornerstone Capital Strategies, LLC and Adams Investments, LLC,<br><br>                 Plaintiffs<br><br>        v.<br><br>White Mountain Organic Growers' Association, LLC<br><br>                & <br><br>Catherine Elizabeth Brown,<br>Suzanne Brown<br><br>      Defendants. | Civil Action No. 1:25-cv-375-LM-TSM |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the following documents was served on the Removal Defendants by First Class Mail on this date at the address stated below:

1. Appearance of Carolyn K. Cole
2. Disclosure Form of Cornerstone Capital Strategies, LLC
3. Diversity Disclosure Statement of Cornerstone Capital Strategies, LLC
4. Disclosure Statement of Adams Investments, LLC
5. Diversity Disclosure Statement of Adams Investments, LLC
6. Motion for Remand or in the Alternative, Motion to Dismiss
7. Memorandum of Law in Support of Remand or in the alternative, Motion to Dismiss
8. Exhibits 1-7 accompanying the Motion

These documents were sent conventionally t:

Catherine Brown
Suzanne Brown
White Mountain Organic Growers' Association, LLC
114 Lake Umbagog
PO Box 253
Errol, NH 03579

Dated: October 6, 2025                                     Respectfully submitted,


                                                           By: /s/ *Carolyn K. Cole*_____
                                                           Carolyn K. Cole (NH Bar #14549)
                                                           COLEMYERS, PLLC
                                                           18 Bank Street
                                                           Lebanon, NH 03766
                                                           (603) 448-6300
                                                           ccole@colemyers.law

## Certificate of Service

      I hereby certify that on this date a copy of the foregoing was served on parties of record through the Court's electronic filing system.

October 1, 2025   /s/ *Carolyn K. Cole*
                                                  Carolyn K. Cole