IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Cornerstone Capital Strategies, LLC and Adams Investments, LLC,<br><br>　　　　　　　Plaintiffs<br><br>　　v.<br><br>White Mountain Organic Growers' Association, LLC<br><br>　　　　&<br><br>Catherine Elizabeth Brown, Suzanne Brown<br><br>　　　Defendants. | Civil Action No. 1:25-cv-375-LM-TSM |

## **PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR REMAND**

NOW COME Plaintiffs, Cornerstone Capital Strategy, LLC and Adams Investments, LLC, through its counsel, ColeMyers, PLLC, and submit this brief REPLY to Defendants' objection to Plaintiffs' Motion for Remand, and states as follows:

Plaintiffs filed an objection to Defendants' Motion to Stay Rulings on Plaintiffs' Motion for Remand, and, for judicial efficiency, refer the Court to the arguments raised therein in reply to the Defendants' Objection to Plaintiffs' Motion for Remand because the gravamen of Defendants' two pleadings is virtually identical.

WHEREFORE, Plaintiffs request that this Honorable Court:

A.　　Grant Plaintiffs' Motion for Remand; and

B.　　Grant such other and further relief as the Court deems just and proper.

1

Dated: November 19, 2025            Respectfully submitted,

                                       Cornerstone Capital Strategy, LLC and
Adams Investments, LLC

                                       By their Attorneys

                                       COLEMYERS, PLLC

By: /s/ *Carolyn K. Cole*
                    Carolyn K. Cole (NH Bar #14549)
                    18 Bank Street
                    Lebanon, NH 03766
                    (603) 448-6300
                    ccole@colemyers.law

## Certificate of Service

I hereby certify that on this date a copy of the foregoing was served on the Defendants conventionally and through the court's ecf system to

Catherine Brown
Suzanne Brown
White Mountain Organic Growers' Association, LLC
114 Lake Umbagog
PO Box 253
Errol, NH 03579

November 19, 2025                    /s/ *Carolyn K. Cole*
                                      Carolyn K. Cole