# United States Court of Appeals
## For the First Circuit

---

No. 25-2234

IN RE: CATHERINE E. BROWN; WHITE MOUNTAIN ORGANIC GROWERS' ASSOCIATION, LLC,

Petitioners.

---

Before

Barron, <u>Chief Judge</u>,
Gelpí, and Montecalvo, <u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: January 6, 2026

The Emergency Petition for Writ of Mandamus is denied. The motion to proceed IFP and the request for an emergency stay of the remand pending resolution of the petition are denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Catherine E. Brown
White Mountain Organic Growers' Association, LLC
Carolyn K. Cole
Suzanne M. Brown