UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Cornerstone Capital Strategies, LLC et al.

                                        Case No. 25-cv-375-LM-TSM
v.


White Mountain Organic Growers'
Association, LLC et al.


ORDER


    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated June 12, 2026.

    To the extent defendants request that the court quash ongoing state criminal proceedings against the individual defendant and/or issue a TRO restraining plaintiffs from enforcing the state court judgment, those motions (doc. nos. 41 and 44) are denied.


                        _____
                        Landya B. McCafferty
                        United States District Judge


Date: July 1, 2026


cc:  Counsel of Record
     White Mountain Organic Growers; Association, LLC
     Catherin E. Brown, pro se