UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 25-cv-375-LM-TSM

2.    TITLE OF CASE: Cornerstone Capital Strategies, LLC et al v. White Mountain Organic Growers' Association, LLC et al

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Judge Landya McCafferty

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **July 1, 2026**

8.    DATE OF NOTICE OF APPEAL: **July 29, 2026**

9.    FEE PAID or IFP :IFP

10.   COURT APPOINTED COUNSEL: NO

11.   COURT REPORTER(S):   and DATES:
      See certified copy of docket (ECF registered users not provided with a copy of docket)

12.   TRANSCRIPTS ORDERED/ON FILE: NO

13.   HEARING/TRIAL EXHIBITS: NO

14.   MOTIONS PENDING: YES

15.   GUIDELINES CASE: NO

16.   RELATED CASES or CROSS APPEAL:

17.   SPECIAL COMMENTS: