UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cornerstone Capital Strategies, LLC, et al

        v.

                                        No. 25-cv-375-LM-TSM

White Mountain Organic Growers' Assoc., et
al


CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS


    I,Vincent Negron, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 49, 54 - 56

    The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.

    The following non-electronic documents will be forwarded to the
Circuit Court of Appeals with a copy of this certificate:


                            IN TESTIMONY WHEREOF, I hereunto
                            set my hand and affix the seal
                            of said Court, at Concord, in
                            said District, on this day,

                            **Tracy Uhrin, Clerk**


                    **By: /s/ vincentnegron, Deputy Clerk**

                        **Jul 30, 2026**